IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, and COUNCIL ON WILDLIFE AND FISH,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, Regional Forester of U.S. Forest Service Region 1; and MARY ERICKSON, Supervisor of the Custer Gallatin National Forest,<br><br>    Defendants. | CV 23-110-M-DLC-KLD<br><br>**ORDER** |

      Plaintiffs move for the admission of Marc D. Fink to practice before this Court in this case with Kristine Akland to act as local counsel. Mr. Fink's application appears to be in order.

      Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Marc D. Fink pro hac vice is GRANTED on the condition that Mr. Fink shall do his own work. This means that Mr. Fink must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office.  Mr. Fink may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Fink.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Fink, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 21st day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge