IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH, a non-profit organization, | Lead Case No. CV 23–110–M–DLC  Member Case No. CV 23–154–M–DLC |
| Plaintiffs, | ORDER |
| and | |
| GALLATIN WILDLIFE ASSOCIATION, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; and WILDEARTH GUARDIANS, a non-profit organization, | |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FOREST SERVICE, a federal agency; LEANNE MARTEN, in her official capacity as Regional Forester of U.S. Forest Service Region 1; MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; and U.S. FISH AND WILDLIFE SERVICE, a federal agency, | |
| Defendants, | |

1

and

MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; RANDY MOORE, in his official capacity as the Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department,

            Consolidated Defendants.

There being common issues of fact and law, consolidation of the above-captioned cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2).

Accordingly, IT IS ORDERED that the above-captioned cases are consolidated for all further proceedings under the case number CV 23–110–M–DLC and captioned as shown above.

IT IS FURTHER ORDERED that the defendants in the member case shall file their answer in CV 23–154–M–DLC in CM/ECF. All other documents shall be filed in the lead case, CV 23–110–M–DLC, and spread to the member case.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 636(b)(1)(B), these consolidated cases are referred to the Honorable Kathleen L. DeSoto, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A).

IT IS FURTHER ORDERED that the Clerk of Court shall file this Order in the docket for each case.

DATED this 28th day of December, 2023.

_____
Dana L. Christensen, District Judge
United States District Court