IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH, a non-profit organization, <br><br>             Plaintiffs, <br><br>vs. <br><br>U.S. FOREST SERVICE, a federal agency; LEANNE MARTEN, in her official capacity as Regional Forester of U.S. Forest Service Region 1; MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; and U.S. FISH AND WILDLIFE SERVICE, a federal agency, <br><br>             Defendants, <br><br>             and <br><br>SUN MOUNTAIN LUMBER, INC., a Montana Corporation, <br><br>             Defendant-Intervenor. | Lead Case: <br>CV-23-110-M-DLC-KLD <br><br>Member Case: <br>CV-23-154-M-DLC-KLD <br><br> ORDER |

GALLATIN WILDLIFE ASSOCIATION, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; and WILDEARTH GUARDIANS, a non-profit organization,

        Plaintiffs,

vs.

MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; RANDY MOORE, in his official capacity as the Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARMENT OF THE INTERIOR, a federal department,

        Defendants.

Defendant-Intervenor moves for the admission of Sarah Melton to practice before this Court in this case, with Kris A. McClean to act as local counsel. Ms. Melton's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant-Intervenor's motion to admit Sarah Melton pro hac vice is GRANTED on the condition that Ms.

Melton shall do her own work. This means that Ms. Melton must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Melton, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    DATED this 8th day of January, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge