IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH, a non-profit organization, | Lead Case: CV-23-110-M-DLC-KLD  Member Case: CV-23-154-M-DLC-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| U.S. FOREST SERVICE, a federal agency; LEANNE MARTEN, in her official capacity as Regional Forester of U.S. Forest Service Region 1; MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; and U.S. FISH AND WILDLIFE SERVICE, a federal agency, | |
| Defendants, | |
| and | |
| SUN MOUNTAIN LUMBER, INC., a Montana Corporation, | |
| Defendant-Intervenor. | |

GALLATIN WILDLIFE ASSOCIATION, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; and WILDEARTH GUARDIANS, a non-profit organization,

        Plaintiffs,

vs.

MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; RANDY MOORE, in his official capacity as the Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARMENT OF THE INTERIOR, a federal department,

        Defendants.

and

SUN MOUNTAIN LUMBER, INC., a Montana Corporation,

        Defendant-Intervenor.

Sun Mountain Lumber, Inc. has filed a motion to intervene in the member case in this consolidated action, *Gallatin Wildlife Association et al. v. Mary Erickson et al.*, CV-23-154-M-DLC-KLD (Doc. 16). Sun Mountain moves to intervene as a matter of right, or in the alternative, permissively under Federal Rule of Civil Procedure 24(a) and (b). Plaintiffs and Federal Defendants take no position on the motion.

On January 4, 2024, the Court granted Sun Mountain leave to intervene as a matter of right in the lead case, *Center for Biological Diversity et al. v. U.S. Forest Service et al.*, CV 23-110-M-DLC-KLD (Doc. 24).

For all of the reasons set forth in Sun Mountain's brief in support of its motion to intervene in member case CV-23-154-M-DLC-KLD (Doc. 17), and the Court's order granting Sun Mountain leave to intervene in the lead case CV-23-110-M-DLC-KLD (Doc. 24), the Court concludes that Sun Mountain meets the standard for intervention as of right under Rule 24(a)(2). Accordingly,

IT IS ORDERED that Sun Mountain's motion to intervene as a matter of right in member case CV 23-154-M-DLC-KLD (Doc. 16) is GRANTED. Sun Mountain shall be permitted to intervene as of right in the member matter, and the consolidated case caption shall be modified as reflected above.

IT IS FURTHER ORDERED that Sun Mountain shall promptly file the

//

Proposed Answer and Proposed Corporate Disclosure Statement attached to its

motion to intervene.

DATED this 22nd day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge