TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
READE E. WILSON, Trial Attorney (ME Bar No. 4992)
Natural Resources Section
CHRISTIAN H. CARRARA, Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0299 (Wilson)
Tel: (202) 305-0217 (Carrara)
Fax: (202) 305-0275
Email: reade.wilson@usdoj.gov
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> GALLATIN WILDLIFE ASSOCIATION, et al., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> and | Lead Case No. 9:23-cv-110-M-DLC-KLD <br><br> Member Case No. 9:23-cv-154-M-DLC-KLD <br><br> **NOTICE OF LODGING U.S. FOREST SERVICE SUPPLEMENTAL ADMINISTRATIVE RECORD** |

SUN MOUNTAIN LUMBER, INC.

        Defendant-Intervenor

Defendants U.S. Forest Service; Leanne Marten, Regional Forester of U.S. Forest Service Region 1; Mary Erickson, Supervisor of the Custer Gallatin National Forest (collectively, the "Forest Service"); and U.S. Fish and Wildlife Service hereby notice the lodging of the Forest Service's certified Supplemental Administrative Record for the above-captioned consolidated case. The certification, revised index, and two supplemental documents are attached to this notice as exhibits.

Respectfully submitted on this 9th day of May, 2024.

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        */s/ Reade E. Wilson*
        READE E. WILSON, Trial Attorney
        Natural Resources Section
        CHRISTIAN H. CARRARA, Trial Attorney
        Wildlife and Marine Resources Section

        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0299 (Wilson)
        Tel: (202) 305-0217 (Carrara)

Fax: (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*

3