IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| WILDERNESS WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: |
| ) | CV–23–133–M–DLC–KLD |
| v. ) | |
| ) | |
| U.S. FOREST SERVICE, ) | **SECOND DECLARATION OF** |
| ) | **ERIN FRYER** |
| Federal Defendant. ) | |

_____

I, ERIN FRYER, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1. I am employed by the United States Department of Agriculture, Forest Service as an Environmental Coordinator for the Custer Gallatin National Forest. I have been employed in that position since May 2023. As part of my duties, I oversaw compilation of the Administrative Record for the South Plateau Area Landscape Treatment Project ("South Plateau Project").

2. In a declaration dated February 8, 2024, I certified the Administrative Record for the South Plateau Project, noting that it consisted of Bates-labeled documents in a range from "South Plateau 000001" to "South Plateau 045785." This

1

included the 2007 Conservation Strategy for the Grizzly Bear in the Greater Yellowstone Area, Bates number 044513–600, and an objection letter submitted by Michael Garrity on behalf of the Alliance for the Wild Rockies, Bates No. 014706–751. It has come to my attention that appendices or attachments to those two documents were inadvertently omitted. Accordingly, attached here are (1) the 2007 Conservation Strategy for the Grizzly Bear in the Greater Yellowstone Area, complete with appendices, Bates number 045786–046193; (2) a Declaration of David J. Mattson, dated April 30, 2023, Bates number 046194–046227; and (3) a revised hyperlinked index to the Forest Service's Administrative Record for the South Plateau Project.

    3.  I certify to the best of my knowledge that the documents attached hereto are true and accurate copies of the documents referenced above.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2024, in Bozeman, Montana.

_____
ERIN FRYER
Environmental Coordinator
Custer Gallatin National Forest
10 E Babcock Street
Bozeman, MT 59715
(406)–468–8277