IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH, a non-profit organization,<br><br>       Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, a federal agency; LEANNE MARTEN, in her official capacity as Regional Forester of U.S. Forest Service Region 1; MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; and U.S. FISH AND WILDLIFE SERVICE, a federal agency,<br><br>       Defendants,<br><br>       and<br><br>SUN MOUNTAIN LUMBER, INC., a Montana Corporation,<br><br>       Defendant-Intervenor. | Lead Case:<br>CV-23-110-M-DLC-KLD<br><br>Member Case:<br>CV-23-154-M-DLC-KLD<br><br>  ORDER |

| | |
|---|---|
| GALLATIN WILDLIFE ASSOCIATION, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; and WILDEARTH GUARDIANS, a non-profit organization,<br><br>        Plaintiffs,<br>vs.<br><br>MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer-Gallatin National Forest; RANDY MOORE, in his official capacity as the Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARMENT OF THE INTERIOR, a federal department,<br><br>        Defendants. | |

Defendant-Intervenor Sun Mountain Lumber, Inc. ("Sun Mountain") has filed a Motion for leave to file an overlength brief in support of its cross-motion for summary judgment (Doc. 51). Federal Defendants do not oppose the Motion. Plaintiffs take no position but have filed a Consolidated Response to Defendant-Intervenor's Motion (Doc. 52). Plaintiffs each seek an additional 2,000 words for

their summary judgment response and reply briefs. Accordingly, and good cause appearing,

IT IS ORDERED that Sun Mountain's Motion (Doc. 51) is GRANTED. Sun Mountain's brief in support of its cross-motion for summary judgment may contain up to 14,000 words.

IT IS FURTHER ORDERED that Federal Defendants' brief in support of their cross-motion for summary judgment may also include up to 14,000 words.

IT IS FURTHER ORDERED that Center for Biological Diversity Plaintiffs and Gallatin Wildlife Association Plaintiffs' response and reply briefs may include up to 9,000 words each (*See* Docs. 38 and 39).

DATED this 8th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge