ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
READE E. WILSON, Trial Attorney (ME Bar No. 4992)
CHRISTIAN H. CARRARA, Trial Attorney (NJ Bar No. 317732020)
Natural Resources Section, Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-3546 (Wilson)
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: reade.wilson@usdoj.gov
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. 9:23-cv-110-DLC-KLD |
| Plaintiffs, | |
| and | Member Case No. 9:23-cv-00154-DLC-KLD |
| GALLATIN WILDLIFE ASSOCIATION, et al., | FEDERAL DEFENDANTS' NOTICE OF APPEAL |
| Consolidated Plaintiffs, | |
| v. | |
| U.S. FOREST SERVICE, et al., | |
| Federal Defendants, | |
| and | |

| SUN MOUNTAIN LUMBER, INC.,        |
|           Defendant-Intervenor.   |

Notice is hereby given that Defendants, the U.S. Forest Service, Troy Heithecker, in his official capacity as Acting Regional Forester of U.S. Forest Service Region 1, Matt Jedra, in his official capacity as Supervisor of the Custer Gallatin National Forest, the U.S. Fish and Wildlife Service, and Consolidated Defendant, Tom Schultz, in his official capacity as the Chief of the U.S. Forest Service (collectively, "Federal Defendants"),[1] appeal to the United States Court of Appeals for the Ninth Circuit from the Court's December 11, 2025, Order (ECF No. 86) and December 11, 2025 Final Entry of Judgement (ECF No. 87). Federal Defendants will appeal those portions of the Court's December 11, 2025 Order granting summary judgment in favor of Plaintiffs. Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Federal Defendants' Representation Statement is attached hereto.

Submitted on this 9th day of February, 2026.

                                                              ADAM R.F. GUSTAFSON
                                                              Principal Deputy Assistant Attorney General
                                                              Environment and Natural Resources Division
                                                              United States Department of Justice

---

[1] Consistent with Federal Rule of Civil Procedure 25(d), the current officials are automatically substituted for their predecessors.

        READE E. WILSON, Trial Attorney
Natural Resources Section

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3546 (Wilson)
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: reade.wilson@usdoj.gov
Email: christian.carrara@usdoj.gov

KURT G. ALME
United States Attorney

*Attorneys for Federal Defendants*